

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-26-00209-CV

————————————————

CYCLE OIL & GAS, INC., Appellant

V.

TRIPLE 'S' GAS, INCORPORATED, Appellee

On Appeal from the 89th District Court
Wichita County, Texas
Trial Court No. DC89-CV2025-0852

Before Bassel, Womack, Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered Appellant's "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 30, 2026